# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2025

### NO. 03-24-00097-CR

**The State of Texas, Appellant**

**v.**

**Kenneth Earl Norris, Appellee**

---

**APPEAL FROM COMAL COURT AT LAW NO. 3 OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.